**VILLA AMOROSA D/B/A CASTELLO DI AMOROSA- FEDEX SHIPMENTS - 2020**

### 1st quarter - Jan-March 2020

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | RANDI MERCHANT | 2290 S CANAL ROAD | LANSING | MI | 48917 | 125501572536 | 01/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GAYLE BELSITO | 2435 WOODRICK HILLS DR NE | ADA | MI | 49301 | 134059303684 | 01/22/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MAEGAN SPROW | 500 WOODWARD AVE | DETROIT | MI | 48226 | 134059306102 | 01/28/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | AMY JAYNE | 30 CRESCENT HILL DR | ORTONVILLE | MI | 48462 | 125501581883 | 02/10/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TERI BURGER | 12860 TAKOMA DR | STERLING HEIGHTS | MI | 48313 | 125501583625 | 02/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | AUSTIN & REID DENTAL CARE | 4256 S LINDEN RD | FLINT | MI | 48507 | 134059313104 | 02/17/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JEFF JELINSKI | 12 SYCAMORE LN | GROSSE POINTE | MI | 48230 | 134059320003 | 02/23/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BEVERLY SAUR | 5052 VINTON RD | WILLIAMSBURG | MI | 49690 | 134059320220 | 02/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SHERRI DEMARCO | 2632 DONNA DR | WILLIAMSTON | MI | 48895 | 134059325439 | 03/02/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MARY ANN GLIEDEN | 1770 SMITH ST | MUSKEGON | MI | 49442 | 125501588720 | 03/07/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | RUDY GACOBELLI | 52012 ANTLER DR | MACOMB | MI | 48042 | 134059330817 | 03/10/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GRETCHEN SCHOCK | 1914 BEAUFAIT DR | GROSSE POINTE | MI | 48236 | 166811767303 | 03/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DALE FLANERY | 2255 INDIAN LAKES RD | KENT CITY | MI | 49330 | 166811764304 | 03/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ACCURATE PAINTING | 25140 EASY ST | WARREN | MI | 48089 | 166811765572 | 03/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MARC MAURINI | 29600 WK SMITH DR | NEW HUDSON | MI | 48165 | 166811765583 | 03/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DPS POLICE DEPT | 8500 CAMERON | DETROIT | MI | 48211 | 125501590811 | 03/17/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | C & N MANUFACTURING INC | 33722 JAMES J POMPO DR | FRASER | MI | 48026 | 134059331320 | 03/17/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | HORIZON STEEL COMPANY | 50390 UTICA DR | UTICA | MI | 48315 | 166811767299 | 03/17/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DARLENE RODRIGUEZ | 608 N SHELDON ST | CHARLOTTE | MI | 48813 | 134059340483 | 03/24/2020 |

TOTAL = 19

### 2nd quarter - Apr-Jun 2020

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | STEVE PHILLIPS | 883 MYSTIC WOODS DRIVE | HOWELL | MI | 48843 | 134059360875 | 04/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | STEVE PHILLIPS | 883 MYSTIC WOODS DRIVE | HOWELL | MI | 48843 | 134059360886 | 04/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DAWN GIESE | 20579 7 MILE ROAD | REED CITY | MI | 49677 | 134059360912 | 04/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TAMI FREDERICK | 1051 SOUTH PEACH COURT | PLAINWELL | MI | 49080 | 134059360923 | 04/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DAVID BENTON | 1820 TOSCANA STREET | KALAMAZOO | MI | 49009 | 134059360934 | 04/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ANGELIA CRANNEY | 4012 WRESSEL RD | HARBOR SPRINGS | MI | 49740 | 134059360956 | 04/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JORDAN CARLSON | N6384 P-1 ROAD | WALLACE | MI | 49893 | 134059360897 | 04/07/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | RICK CONRAD | 14931 LAPLAISANCE ROAD | MONROE | MI | 48161 | 134059360989 | 04/07/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JILLAINE PIERCE | 3354 JULES LILLIAN DRIVE NE | GRAND RAPIDS | MI | 49525 | 134059360901 | 04/08/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | WILLIAM C. WALLACE | 33946 S DIX POINT RD | DRUMMOND ISLAND | MI | 49726 | 125501592413 | 04/10/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KYLE CURLEW | 119 N ALTADENA AVE | ROYAL OAK | MI | 48067 | 125501592527 | 04/10/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BRYAN GARROW | 27434 GRANDON AVE | LIVONIA | MI | 48150 | 125501592777 | 04/10/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | VIVECA HENDERSON | 3638 BELLFLOWER DR. | PORTAGE | MI | 49024 | 134059364859 | 04/11/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DEBBIE FERGUS | 1025 RIPPLING BROOK CT | HOLLAND | MI | 49424 | 134059367090 | 04/12/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JEANNE BLANDINO | 41452 BOBCAT CT. | CANTON | MI | 48188 | 134059367148 | 04/12/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | YESICA CABALLERO | 1915 THELMA AVE SE | GRAND RAPIDS | MI | 49507 | 134059371140 | 04/14/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KATHLEEN DIGIROLAMO | 46222 GALWAY DR | NOVI | MI | 48374 | 134059372011 | 04/17/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KATHLEEN DIGIROLAMO | 46222 GALWAY DR | NOVI | MI | 48374 | 134059372022 | 04/17/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | AVI ATKIN | 2237 WABASH ST | DETROIT | MI | 48216 | 134059372684 | 04/17/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | HERB KIEFER | 21898 PICADILLY CIRCLE | NOVI | MI | 48375 | 134059372721 | 04/17/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MICHELLE RUSSO | 1579 WINTERWOOD | GRAND RAPIDS | MI | 49525 | 134059373956 | 04/18/2020 |

**EXHIBIT 4**

| Winery | Address | City | State | Zip | Customer | Customer Address | Customer City | Customer State | Customer Zip | Order # | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GRETCHEN SCHOCK | 1914 BEAUFAIT DRIVE | GROSSE POINTE | MI | 48236 | 134059375396 | 04/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JEANNETTE BENDICK | 54655 SALEM DR. | UTICA | MI | 48316 | 125501593512 | 04/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KELLY ANDREWS | 1496 DELANCY CIRCLE | CANTON | MI | 48188 | 125501594107 | 04/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BRIAN OBENAUF | 86 MUIR RD | GROSSE POINTE | MI | 48236 | 134059378925 | 04/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ROBIN POTTER | 1144 S PARK DR | TEMPERANCE | MI | 48182 | 125501594449 | 04/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JEFF AND DENISE BAKER | 3155 N. CARRIAGE COURT | MIDLAND | MI | 48642 | 134059380097 | 04/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | PEDOLANPRP | 4132 PERSIANWOOD DRIVE | KALAMAZOO | MI | 49006 | 134059381954 | 04/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | LAURA BOZEMAN | 5297 BULLARD RD | FENTON | MI | 48430 | 134059382836 | 04/21/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DEBRA BOWHALL | 975 EVERGREEN CT | PETOSKEY | MI | 49770 | 134059383512 | 04/21/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | NELLIE'S CREATIVE TOUCH | 28141 62ND AVE. | LAWTON | MI | 49065 | 134059384677 | 04/21/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KATE SHANNON | 2875 92ND ST SW | BYRON CENTER | MI | 49315 | 134059382284 | 04/22/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JAMES JOHNSON | 5067 GLENDURGAN CT | HOLT | MI | 48842 | 134059385651 | 04/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | PAUL BOONE | 3629 HOLLENSHADE DRIVE | ROCHESTER | MI | 48306 | 134059386327 | 04/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | UNIVERSITY OF MICHIGAN | 3012 SIGNATURE BLVD. | ANN ARBOR | MI | 48103 | 134059386886 | 04/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CAROLYN KOLKA | 12303 MISSION HILLS DR. | DEWITT | MI | 48820 | 134059386989 | 04/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | AKSHAY MAKIN | 30005 MALVERN ST | WESTLAND | MI | 48185 | 134059388054 | 04/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | AKSHAY MAKIN | 30005 MALVERN ST | WESTLAND | MI | 48185 | 134059388065 | 04/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ALICE KIM | 6950 U.S. HIGHWAY 31 | BERRIEN SPRINGS | MI | 49103 | 134059388076 | 04/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BLAKE KENNEDY | 901 LAKESHORE DR SUITE 202 | ISHPEMING | MI | 49849 | 134059388499 | 04/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MARK SCHWARTZ | 2919 BLOOMFIELD SHORE DRIVE | WEST BLOOMFIELD | MI | 48323 | 134059385490 | 04/25/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ANDREW GERKIN | 1374 ASHWOOD LANE | HOWELL | MI | 48843 | 134059386588 | 04/25/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MATTHEW WILDS | 30029 SHAW RD | LAWTON | MI | 49065 | 134059388823 | 04/25/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CHARLES DALY | 45559 MORNINGSIDE ROAD | CANTON | MI | 48187 | 134059389381 | 04/25/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MARIANN CHRISTY | 2475 TRAVER BLVD | ANN ARBOR | MI | 48105 | 134059392171 | 04/25/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | RYAN CROWE | 1270 COBRIDGE DR | ROCHESTER | MI | 48306 | 134059392333 | 04/25/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JAMES KNOTT | 8611 LILLY RIDGE DR SE | ALTO | MI | 49302 | 134059394656 | 04/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KEN JONES | 2552 BONITO DR | TROY | MI | 48085 | 134059394884 | 04/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | HARBORTOWN RV RESORT | 14931 LAPLAISANCE RD | MONROE | MI | 48161 | 134059386030 | 04/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CHRISTOPHER JONES | 1115 WILDWOOD ST | MIDLAND | MI | 48642 | 134059390753 | 04/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CHRISTOPHER JONES | 1115 WILDWOOD ST | MIDLAND | MI | 48642 | 134059390764 | 04/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CHRISTOPHER JONES | 1115 WILDWOOD ST | MIDLAND | MI | 48642 | 134059390775 | 04/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KERRIE NOWICKI | 47005 SOUTH FORK | MACOMB | MI | 48044 | 134059391290 | 04/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DAVID A FRENCH | 1772 STONERIDGE DR | SALINE | MI | 48176 | 134059393215 | 04/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KAREN MATTHYS | 25624 PORTICO LANE | NOVI | MI | 48375 | 134059395089 | 04/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ALEXANDRA BERUBE | 413 EAST HURON STREET | ANN ARBOR | MI | 48104 | 134059395376 | 04/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | WILLIAM MOORMAN | 4336 TONAWANDA AVE. | ROYAL OAK | MI | 48073 | 134059391267 | 04/28/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GEORGE DISTELRATH | 5875 FIRWOOD DR. | TROY | MI | 48098 | 134059393796 | 04/28/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SCOTT HICKMAN | N9550 SHORE DRIVE | AU TRAIN | MI | 49806 | 134059394288 | 04/28/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CORY BAKSA | 18800 MARTIN PLACE | TRENTON | MI | 48183 | 134059396383 | 04/28/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DAVID SZYMBORSKI | 2222 COUNTRY CLUB DR | SAINT CLAIR SHORES | MI | 48082 | 134059397015 | 04/28/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ESTEBAN LOPEZ | 11223 AL FORD LANE | BRIGHTON | MI | 48114 | 134059399305 | 04/28/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TAMI FREDERICK | 1051 SOUTH PEACH COURT | PLAINWELL | MI | 49080 | 134059399485 | 04/28/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SUSAN GARDNER | 526 FLORENCE CT | MILFORD | MI | 48381 | 125501594622 | 05/01/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SUSAN GARDNER | 526 FLORENCE CT | MILFORD | MI | 48381 | 125501594633 | 05/01/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SUSAN GARDNER | 526 FLORENCE CT | MILFORD | MI | 48381 | 125501594644 | 05/01/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DONNA FOX | 4751 MILLSTAN | LEONARD | MI | 48367 | 125501596670 | 05/04/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GARY WAKEFIELD | 6543 WELLESLEY TER | CLARKSTON | MI | 48346 | 134059404948 | 05/04/2020 |

**EXHIBIT 4**

| Winery | Address | City | State | Zip | Customer | Street | City | State | Zip | Order | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CHARLES WILLIAMS | 3015 WOOD DUCK LANE | ADA | MI | 49301 | 134059412648 | 05/04/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CHARLES WILLIAMS | 3015 WOOD DUCK LANE | ADA | MI | 49301 | 134059412659 | 05/04/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CHARLES WILLIAMS | 3015 WOOD DUCK LANE | ADA | MI | 49301 | 134059412660 | 05/04/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CHARLES WILLIAMS | 3015 WOOD DUCK LANE | ADA | MI | 49301 | 134059412670 | 05/04/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DENISE BARONE | 7431 GOLF GATE DRIVE | LANSING | MI | 48917 | 125501597264 | 05/05/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JESSICA DEMIANENKO | 48176 MANHATTAN CIRCLE | CANTON | MI | 48188 | 134059404606 | 05/05/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | EY | 266 WIMBLETON DR | BIRMINGHAM | MI | 48009 | 134059404683 | 05/05/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SCOTT DELCOMYN | 18264 BEGONIA DR | ROCKWOOD | MI | 48173 | 134059408645 | 05/05/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | LINDA RITZ | 22630 LAKE DR | PIERSON | MI | 49339 | 134059410976 | 05/05/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CHARLES WILLIAMS | 3015 WOOD DUCK LANE | ADA | MI | 49301 | 134059412637 | 05/05/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | LINDA RITZ | 22630 LAKE DR | PIERSON | MI | 49339 | 134059412800 | 05/05/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KAYLA AND CHRIS BUSUITO | 405 N. MINERVA AVE. | ROYAL OAK | MI | 48067 | 125501596441 | 05/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ADAM GUNCKLE | 10363 FARILANE DR | SOUTH LYON | MI | 48178 | 134059410472 | 05/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BOB DONCKERS | 9555 ISLAND DRIVE | GROSSE ILE | MI | 48138 | 134059412773 | 05/07/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JEFFERY JOHNSON | 957 MILDRED J COURT | BRIGHTON | MI | 48116 | 134059403805 | 05/08/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | LYNN LYON | 606 W. MAIN STREET | MANTON | MI | 49663 | 134059412306 | 05/08/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | S FAULKNER CONSULTING | 3294 HOMESTEAD CT | SALINE | MI | 48176 | 134059413287 | 05/08/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ANTHONY MARSZALEC | 4426 NORTH MEADOW DRIVE | WATERFORD | MI | 48329 | 134059413450 | 05/08/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JOHN CONOVER | 22098 HEATHERIDGE LANE | NORTHVILLE | MI | 48167 | 134059413817 | 05/08/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MOLLIE HRUSKACH | 6459 LEEWAY RD APT E | MUSKEGON | MI | 49441 | 134059413379 | 05/11/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SAUMEET SHAH | 6250 WALKER DRIVE | TROY | MI | 48085 | 134059416746 | 05/11/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | HOWARD ESTES | 4759 DAWSON DR. | ANN ARBOR | MI | 48103 | 134059417113 | 05/11/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BARB TABACZKA | 163 S UNION ST | PLYMOUTH | MI | 48170 | 134059417569 | 05/11/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ROBERT STEPHAN | 2517 ANDREW THOMAS TRAIL | ANN ARBOR | MI | 48103 | 134059418657 | 05/11/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ROBERT STEPHAN | 2517 ANDREW THOMAS TRAIL | ANN ARBOR | MI | 48103 | 134059418668 | 05/11/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ANNA PLASENCIA | 344 SEDGEWOOD LANE | ANN ARBOR | MI | 48103 | 134059419506 | 05/11/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | AMANDA ZEHNDER | 3352 GROVE LN | AUBURN HILLS | MI | 48326 | 134059419848 | 05/11/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KEN JONES | 2552 BONITO DR | TROY | MI | 48085 | 134059419951 | 05/11/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JOYCE BAUER PELLERITO | 3311 BRONSON BOULEVARD | KALAMAZOO | MI | 49008 | 134059417124 | 05/12/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ERIC POBOCIK | 5191 ROSABELLE BEACH | HOLLAND | MI | 49424 | 134059422351 | 05/12/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DAVID AND LESLIE DUBIN | 2302 HIGHLAND DRIVE | ANN ARBOR | MI | 48105 | 134059422888 | 05/12/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ESCHAEFER | 1855 DORCHESTER DRIVE | WALLED LAKE | MI | 48390 | 134059422969 | 05/12/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BEN DAWSON | 14217 FLANDERS AVE | SOUTHGATE | MI | 48195 | 134059424674 | 05/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DEBRA BOWHALL | 975 EVERGREEN CT | PETOSKEY | MI | 49770 | 134059425166 | 05/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BETTY THOMAS | 35648 CONGRESS RD | FARMINGTON | MI | 48335 | 134059425946 | 05/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BRUCE MENNING | 3758 HIAWATHA TRL | NATIONAL CITY | MI | 48748 | 134059426059 | 05/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JEREMY ROOT | 8000 ENGELWOOD AVE | RICHLAND | MI | 49083 | 134059426460 | 05/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TYLER BLATT | 3518 CRYSTAL VALLEY DR | HOWELL | MI | 48843 | 134059426725 | 05/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ROSEMARY BREWER | 23536 FLUSHING DR | MACOMB | MI | 48042 | 134059427088 | 05/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GERALD MCCARTY | 600 TENNYSON | ROCHESTER | MI | 48307 | 134059427640 | 05/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ASHLEY GOLANI | 38124 MALLORY DR. | LIVONIA | MI | 48154 | 134059427077 | 05/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | AUSTIN KELLY | 13204 KENYON RD. | GRAND LEDGE | MI | 48837 | 134059429838 | 05/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KATHLEEN DIGIROLAMO | 46222 GALWAY DR | NOVI | MI | 48374 | 134059431448 | 05/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KATHLEEN DIGIROLAMO | 46222 GALWAY DR | NOVI | MI | 48374 | 134059431459 | 05/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SAUMEET SHAH | 6250 WALKER DRIVE | TROY | MI | 48085 | 134059432308 | 05/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JEREMY ROOT | 8000 ENGELWOOD AVE | RICHLAND | MI | 49083 | 134059426471 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | RAYMOND MARX | 16520 PENN DRIVE | LIVONIA | MI | 48154 | 134059430382 | 05/18/2020 |

**EXHIBIT 4**

| Winery | Address | City | State | ZIP | Recipient | Ship Address | Ship City | Ship State | Ship ZIP | Order # | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ANNETTE G. OCHOA | 11362 WILBER HWY | EATON RAPIDS | MI | 48827 | 166811772780 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CARLY L DISIMONE | 7338 KNOLLWOOD DR | YPSILANTI | MI | 48197 | 166811773515 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DEAN AND DENISE G. ARMSTRONG | 80 WASHINGTON LAKE | BROOKLYN | MI | 49230 | 166811774452 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GIOVANNA AND AMANDA CONTE | 38261 LAURENWOOD STREET | WAYNE | MI | 48184 | 166811775286 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KEITH WILLIAMS | 3805 GRAND OAK TRAIL | PETOSKEY | MI | 49770 | 166811776878 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MARY WISELY | 8473 PARKRIDGE DR | DEXTER | MI | 48130 | 166811777922 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MEGAN LUNDQUIST | 705 PINE RIDGE AVE. | OXFORD | MI | 48371 | 166811778002 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | RUDY GACOBELLI | 52012 ANTLER DR | MACOMB | MI | 48042 | 166811779330 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DALE FLANERY | 2255 INDIAN LAKES RD. | KENT CITY | MI | 49330 | 166811782586 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DEVIN AND JENNY WOELZLEIN | 5771 WEST E AVE | KALAMAZOO | MI | 49009 | 166811786412 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | EDUARD GEORGIYEV | 2320 ISABELL DR | TROY | MI | 48083 | 166811786526 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | NICHOLAS MATKIN | 15551 SHADY LANE | THREE RIVERS | MI | 49093 | 166811788665 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SHANYN ALDRIDGE | 1291 OPAL RD | SAULT SAINTE MARIE | MI | 49783 | 166811789363 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DONA DOLKOWSKI | 5183 FOLKSTONE DR | TROY | MI | 48085 | 166811793790 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ERIC AND KRISTEN FURLOTTE | 5184 DRIFTWOOD DR | COMMERCE TOWNSHIP | MI | 48382 | 166811794190 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GAYLE BELSITO | 2435 WOODRICK HILLS DR. NE | ADA | MI | 49301 | 166811794546 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JESSICA THOMAS | 1773 BRIDGEWATER DR. | YPSILANTI | MI | 48198 | 166811795943 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MATT QUINN | 21995 MERIDIAN LN | NOVI | MI | 48375 | 166811798839 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | RYAN GREVENSTUK | 1823 STARR VIEW LANE | MIDDLEVILLE | MI | 49333 | 166811801677 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | 3M | 4064 STAMPER WAY | HOWELL | MI | 48855 | 166811806142 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MS. | 6531 BERRY CREEK LANE | WEST BLOOMFIELD | MI | 48322 | 166811812950 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ROCKY C BISBY | 8989 PACTON DR | UTICA | MI | 48317 | 166811813512 | 05/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BOB AND MARY BOYD | 4165 DUNES PKWY | MUSKEGON | MI | 49441 | 134059431070 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KATHRYN GAUCI | 80 S IMPERIAL | TAWAS CITY | MI | 48763 | 134059432639 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KATHRYN GAUCI | 80 S IMPERIAL | ALABASTER | MI | 48763 | 134059432823 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | AKSHITA VERMA | 3789 BARTON FARM DRIVE | ANN ARBOR | MI | 48105 | 134059433337 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BRIAN FLICKINGER | 1201 S RIDGE CT | TRAVERSE CITY | MI | 49696 | 166811773283 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CATHERINE VITALE | 20484 EAST RIVER ROAD | GROSSE ILE | MI | 48138 | 166811773651 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | NADEZDA STELMASCHICK | 3819 LINCOLN DRIVE NORTHEAST | KALKASKA | MI | 49646 | 166811778388 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | RUI KONG | 776 PAINT CREEK DR | TROY | MI | 48085 | 166811779340 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TIMOTHY SHERROW JR. | 504 MAIN ST | FENTON | MI | 48430 | 166811779991 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TOM MENDHAM | 15606 RUSTIC LN | VICKSBURG | MI | 49097 | 166811780057 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KATE ROBBINS | 3450 ALGONQUIN DR | MUSKEGON | MI | 49441 | 166811784512 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MICHELLE CARSON | 12852 NEWBERRY DRIVE | GRAND LEDGE | MI | 48837 | 166811784729 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JERRY SHAW | 15337 WICK RD. | ALLEN PARK | MI | 48101 | 166811787213 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ANTHONY LANGE | 5801 WELLER COURT SOUTHWEST | WYOMING | MI | 49509 | 166811791087 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DEENA WEISS | 127 LA PLAZA CT | ROYAL OAK | MI | 48073 | 166811793572 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JIM MLECZKO | 501 S EDISON AVE | ROYAL OAK | MI | 48067 | 166811796045 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GLP & ASSOCIATES | 3375 MERRIAM STREET | MUSKEGON | MI | 49444 | 166811797225 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | WALGREENS | 1615 NORTH SAGINAW RD | MIDLAND | MI | 48640 | 166811799191 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MICHELE HOLMES | 19440 CHERRY HILL ST | SOUTHFIELD | MI | 48076 | 166811809726 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | NEETA KARANI | 6311 EAST BAY LN | RICHLAND | MI | 49083 | 166811809862 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | YAN SANG | 2382 OAK RIDGE CT | TROY | MI | 48098 | 166811811108 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BECKIE BRUMMEL | 3703 S DIVISION AVE | GRAND RAPIDS | MI | 49548 | 166811811440 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DOUGLAS BOWHALL | 1310 SPRING ST | PETOSKEY | MI | 49770 | 166811811932 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BRANDON ROWLES | 3703 S DIVISION SW | GRAND RAPIDS | MI | 49548 | 166811814298 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DAVID HUMPHREY | 3196 SOUTH IRISH ROAD | DAVISON | MI | 48423 | 166811814379 | 05/19/2020 |

**EXHIBIT 4**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JENNIFER SQUIRE | 8293 HOLCOMB ROAD | CLARKSTON | MI | 48348 | 166811814530 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GRETCHEN SCHOCK | 1914 BEAUFAIT DRIVE | GROSSE POINTE | MI | 48236 | 166811816901 | 05/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JANE SCOTT | 5309 NAKOMA DR. | MIDLAND | MI | 48640 | 166811775676 | 05/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TIM SPINK | 30700 TELEGRAPH RD | FRANKLIN | MI | 48025 | 166811806462 | 05/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SHAWN MILLER | 4240 DELEMERE COURT | ROYAL OAK | MI | 48073 | 166811813637 | 05/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SHARON O'REILLY | 53300 WOODBRIDGE DRIVE | UTICA | MI | 48316 | 166811814200 | 05/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BKAUPARRIS | 404511 ANN ARBOR RD WEST | PLYMOUTH | MI | 48170 | 166811804183 | 05/21/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | VICKI SPRONG | 12879 SPRINGBROOKE TRAIL | SOUTH LYON | MI | 48178 | 134059434837 | 05/22/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DAN KOWAL | 266 WIMBLETON DR | BIRMINGHAM | MI | 48009 | 134059436244 | 05/22/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JOSEPH REEVES | 38548 CANYON DR | WESTLAND | MI | 48186 | 134059438795 | 05/23/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | COLLEEN MAYLEE | 1720 E HIGH STREET | MOUNT PLEASANT | MI | 48858 | 134059439508 | 05/23/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TOM ESSENBURG | 6187 STANDING STONE | HOLLAND | MI | 49423 | 134059440762 | 05/23/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ROSEANNE DOLEGA | 1 ABBOTT LANE | DEARBORN | MI | 48120 | 134059438660 | 05/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | NELLIE'S CREATIVE TOUCH | 28141 62ND AVE. | LAWTON | MI | 49065 | 134059441699 | 05/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JEREMY ROOT | 8000 ENGELWOOD AVE | RICHLAND | MI | 49083 | 134059442044 | 05/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | RJEFSON | 5730 S WESTNEDGE AVE | PORTAGE | MI | 49002 | 125501600415 | 05/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | COLTON OMLER | 8807 N 17TH STREET | KALAMAZOO | MI | 49009 | 125501600941 | 05/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | AMANDA KESSEL | 4138 5 MILE RD NE | GRAND RAPIDS | MI | 49525 | 125501601227 | 05/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MICHAEL AND MYRA PEREZ | 930 WIMBLETON DRIVE | BIRMINGHAM | MI | 48009 | 125501601606 | 05/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TIMOTHY SMITH | 1904 GRASMERE LN | WIXOM | MI | 48393 | 125501601683 | 05/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | WALGREENS | 1615 NORTH SAGINAW RD | MIDLAND | MI | 48640 | 134059437696 | 05/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MICHAEL NADEAU | 1835 BROOKVIEW DR | SALINE | MI | 48176 | 134059440280 | 05/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | UNIVERSAL FOREST PRODUCTS, IN | 2801 E BELTLINE AVE NE | GRAND RAPIDS | MI | 49525 | 134059440887 | 05/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | EVAN TUCKER | 169 ARDMORE DR | FERNDALE | MI | 48220 | 134059442630 | 05/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KAY M. DOHENY | 11865 SOUTHWEST TORCH LAKE D | RAPID CITY | MI | 49676 | 134059443522 | 05/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GREG CLARK | 2801 E BELTLINE AVE NE | GRAND RAPIDS | MI | 49525 | 134059444426 | 05/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SHELLEY FLETCHER | 12636 GRAND RIVER DR | LOWELL | MI | 49331 | 125501603881 | 05/31/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | STEVE PHILLIPS | 883 MYSTIC WOODS DRIV | HOWELL | MI | 48843 | 125501603002 | 06/01/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JESSICA DEMIANENKO | 48176 MANHATTAN CIRCL | CANTON | MI | 48188 | 125501603241 | 06/01/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CALEB SAYLES | 121 E MICHIGAN ST | ADRIAN | MI | 49221 | 134059447940 | 06/01/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KIRA LITTMANN | 15244 MCLAIN AVE | ALLEN PARK | MI | 48101 | 125501605726 | 06/02/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MELANIE CANTLEY | 6396 WAILEA CT | GRAND BLANC | MI | 48439 | 134059447366 | 06/02/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JEFFERY JOHNSON | 957 MILDRED J COURT | BRIGHTON | MI | 48116 | 134059448101 | 06/02/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KATIE GRZYB | 19112 NORTHRIDGE DRIV | NORTHVILLE | MI | 48167 | 188931662525 | 06/02/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ALLEN PIERCY | 2516 DESMOND | WATERFORD | MI | 48329 | 188931663017 | 06/02/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | EVAN TUCKER | 169 ARDMORE DR | FERNDALE | MI | 48220 | 134059447388 | 06/04/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KAREN GOLONKA | 57319 BLOSSOM DR. | WASHINGTON | MI | 48094 | 188931663576 | 06/05/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | AMY BERGDOLT | 8801 TRUAX RD | VASSAR | MI | 48768 | 125501606891 | 06/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CARL VAUGHN | 7121 | WEST BLOOMFIELD | MI | 48322 | 188931664734 | 06/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | WALGREENS | 1615 NORTH SAGINAW RD | MIDLAND | MI | 48640 | 188931664984 | 06/06/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BRANDON KUPITZ | 212 CHICAGO MINE RD | WAKEFIELD | MI | 49968 | 125501607968 | 06/08/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MARY TOBIN-ANDERSON | 5089 US 41 SOUTH | MARQUETTE | MI | 49855 | 188931664930 | 06/08/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TRUNG KY | 1010 CATHERINE ST | ANN ARBOR | MI | 48104 | 188931668946 | 06/08/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MARK ANGERS | 9 E. MAIN | BAY CITY | MI | 48708 | 188931667940 | 06/09/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CHARLES AGERSTRAND | 2033 SUNSET DR | OWOSSO | MI | 48867 | 125501609787 | 06/12/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MARK VERLINDEN | 3190 GREENBRIAR | HARBOR SPRINGS | MI | 49740 | 188931669574 | 06/12/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TIMOTHY GROSS | 9429 MARLBOROUGH | ALLEN PARK | MI | 48101 | 125501609158 | 06/14/2020 |

**EXHIBIT 4**

| Winery | Address | City | State | ZIP | Recipient | Recipient Address | Recipient City | Recipient State | Recipient ZIP | Tracking | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DALE FLANERY | 2255 INDIAN LAKES RD. | KENT CITY | MI | 49330 | 125501610791 | 06/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BRENT & JENNY ESLINGER | 15215 WINDMILL POINTE D | GROSSE POINTE | MI | 48230 | 134059445547 | 06/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MICHAEL AND EVEONNE R | 3707 EATON GATE LANE | AUBURN HILLS | MI | 48326 | 188931671596 | 06/15/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CHARLES DEXTER | 5400 SOUTH BEECH DALY | DEARBORN HEIGHT | MI | 48125 | 188931668464 | 06/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SHELLEY RYLANDER | 3125 WOODHAMS AVE | PORTAGE | MI | 49002 | 188931673474 | 06/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MATTHEW YEGGY | 6980 SOUTH WALKER RD | FRUITPORT | MI | 49415 | 188931673739 | 06/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | WALGREENS | 1615 N. SAGINAW RD | MIDLAND | MI | 48640 | 188931674562 | 06/16/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | GRETCHEN SCHOCK | 1914 BEAUFAIT DRIVE | GROSSE POINTE | MI | 48236 | 125501612533 | 06/17/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SARAH DEPOTTER | 1535 W HANCOCK ST | DETROIT | MI | 48208 | 188931674069 | 06/18/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DAVE AND KRISTY SIDLAR | 445 OTTAWA | TROY | MI | 48085 | 188931677252 | 06/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | VEARL JOHNSON | 4917 MUSKODAY | CLARKSTON | MI | 48348 | 188931677701 | 06/19/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | LAURA MIFSUD | 14027 ARDEN STREET | LIVONIA | MI | 48154 | 125501614889 | 06/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | CILESTE CROSBY | 19500 HUDSON RIVER DRI | MACOMB | MI | 48044 | 125501615040 | 06/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JOSHUA BOYER | 10997 CRAIG RD | TRAVERSE CITY | MI | 49686 | 125501615223 | 06/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | NELLIE'S CREATIVE TOUCH | 28141 62ND AVE. | LAWTON | MI | 49065 | 125501615808 | 06/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KATHLEEN DIGIROLAMO | 46222 GALWAY DR | NOVI | MI | 48374 | 188931679082 | 06/20/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | BRIANNA TABACZKA | 8627 COOLEY LAKE RD UN | COMMERCE TOWNS | MI | 48382 | 125501615933 | 06/22/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KAREN STOCKWELL | 5428 FRED J BAKER LN | NORTH STREET | MI | 48049 | 125501616984 | 06/22/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | KPH | 323 EDGEMOOR AVE | KALAMAZOO | MI | 49001 | 125501616815 | 06/23/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TRACY MCGRATH | 982 CLEVELAND AVE | LINCOLN PARK | MI | 48146 | 188931676348 | 06/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | TOM JOSEPH | 7260 ARDSLEY LN | CLARKSTON | MI | 48348 | 188931683431 | 06/24/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | QUINTINO DI CICCO | 21455 MARINA CIRCLE | MACOMB | MI | 48044 | 188931684817 | 06/26/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | MICHAEL BRITT | 4771 ROUNDTREE DR | BRIGHTON | MI | 48116 | 188931685375 | 06/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ANNA DRIGGERS | 89 NORTH BALDWIN ROAD | CLARKSTON | MI | 48348 | 188931686430 | 06/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | ANGEL CHUBB | 50268 VICTORIA PLACE | MACOMB | MI | 48044 | 188931687253 | 06/27/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | UNIVERSAL FOREST PROD | 2801 E BELTLINE AVE NE | GRAND RAPIDS | MI | 49525 | 188931685890 | 06/29/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | DONALD BARR | 105 NARDI DRIVE | NEGAUNEE | MI | 49866 | 188931686143 | 06/29/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JOYCE HARRIS | 14899 PENROD STREET | DETROIT | MI | 48223 | 188931686614 | 06/29/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | RENE RALSTON | 18661 HARTWELL ST | DETROIT | MI | 48235 | 188931686820 | 06/29/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SALLY MURPHY | 5330 RIVER BASIN CT | ADA | MI | 49301 | 188931688823 | 06/29/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | SHARON HERD | 1544 EAST LAFAYETTE | DETROIT | MI | 48207 | 188931689094 | 06/30/2020 |
| CASTELLO DI AMOROSA | 4045 SAINT HELENA HWY | CALISTOGA | CA | 94515 | JASON STEELE | 100 NORTH CENTER ST | ROYAL OAK | MI | 48067 | 188931689635 | 06/30/2020 |

TOTAL = 241

**2nd quarter express - Apr-Jun 2020**

| Winery | Address | City | State | ZIP | Recipient | Recipient Address | Recipient City | Recipient State | Recipient ZIP | Tracking | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Villa Amorosa DBA Castello Di | 4045 N St. Helena Highway | CALISTOGA | CA | 94515 | Kay Sudheimer | 36131 Parklane Circle | FARMINGTON | MI | 48335 | 134059418462 | 5/6/2020 |
| Villa Amorosa DBA Castello Di | 4045 N St. Helena Highway | CALISTOGA | CA | 94515 | Antonio Sanchez | 1960 Crystal Lake Ct W Apt D-6 | UTICA | MI | 48316 | 188931679244 | 6/18/2020 |
| Villa Amorosa DBA Castello Di | 4045 N St. Helena Highway | CALISTOGA | CA | 94515 | Ryan Crowe | 1270 Cobridge Dr | ROCHESTER | MI | 48306 | 188931683865 | 6/23/2020 |
| Villa Amorosa DBA Castello Di | 4045 N St. Helena Highway | CALISTOGA | CA | 94515 | Ryan Crowe | 1270 Cobridge Dr | ROCHESTER | MI | 48306 | 188931683876 | 6/23/2020 |
| Villa Amorosa DBA Castello Di | 4045 N St. Helena Highway | CALISTOGA | CA | 94515 | Ryan Crowe | 1270 Cobridge Dr | ROCHESTER | MI | 48306 | 188931683887 | 6/23/2020 |

TOTAL = 5

**EXHIBIT 4**