Gmail - Confirming your order from Castello di Amorosa

Page 1 of 2



<ajwinelover@gmail.com>

### Confirming your order from Castello di Amorosa
1 message

**Castello di Amorosa** <cservice@castellodiamorosa.com>
To: ajwinelover@gmail.com

Tue, Oct 13, 2020 at 4:42 PM



Dear ▇▇▇▇▇▇

Thank you for your order. Please retain this message for your records.

Information about your order 9890095 appears below. If you need to get in touch with us about your order simply reply to this message. Tracking information will be sent to the email associated with the billing address.

Federal Law requires a signature from someone 21+ years or older at the time of delivery of alcohol. We will require a direct signature upon delivery for non alcohol retail items as well. All orders expect 1-5 business days in house prior to shipping.

Please be aware all orders that ship ground can take up to 5-14 business days for delivery. Please expect short shipping delays due to the current wildfires in Calistoga.

**Order Number** #9890095
**Order Date** October 13, 2020

**Shipping Address**
▇▇▇▇▇▇
▇▇▇▇▇▇
Ferndale, MI 48220
Phone: 313-400-3368
Email: ajwinelover@gmail.com

**Billing Address**
▇▇▇▇▇▇
▇▇▇▇▇▇
Ferndale, MI 48220
Phone: 313-400-3368
Email: ajwinelover@gmail.com

**Payment Details**
Master Card ************8186   $81.48

| Item | Price | Qty | Total |
|---|---|---|---|
| 2016 CABERNET SAUVIGNON, Napa Valley 750 mL SKU: WR3024 | $58.00 | 1 | $58.00 |
| Subtotal: | | | $58.00 |
| Shipping (Fed Ex Ground Home): | | | $20.00 |

https://mail.google.com/mail/u/0?ik=7ac47f3e53&view=pt&search=all&permthid=thread...   10/20/2020

**EXHIBIT 5**

| Item | Price | Qty | Total |
|---|---|---|---|
|  |  | Sales Tax: | $3.48 |
|  |  | Total: | $81.48 |

~~~~~~~

Thank you for your purchase!

Salute,

The Castello Team



Castello di Amorosa
4045 St Helena Hwy
Calistoga, CA 94515
tel:707.967.6277

**EXHIBIT 5**