

EXHIBIT 6

EXHIBIT 6



EXHIBIT 6