

**WARNING:** Drinking distilled spirits, beer, coolers, wine and other alcoholic beverages may increase cancer risk, and, during pregnancy, can cause birth defects. For more information go to www.P65Warnings.ca.gov/alcohol.

**Special Delivery Instructions**
This package contains ALCOHOL
Adult Signature Required—Check ID
Do not deliver to an intoxicated person
No signature release, driver release or indirect delivery allowed
Shipper certifies that this shipment complies with:
— all FedEx requirements
— all applicable government laws/regulations, including all requirements related to delivery in the destination state.

FROM: (707) 967-6277
SHIPPING
VILLA AMOROSA DBA CASTELLO DI AMORO
4045 N ST. HELENA HIGHWAY
CALISTOGA CA 94515
US

SHIP DATE: 16OCT20
ACTWGT: 3.00 LB MAN
CAD: 0405777/CAFE3407

BILL SENDER

TO 

FERNDALE MI 48220
REF: SAW
(313) 400-3368
PO: 9890095

FedEx
HOME DELIVERY
**H**

TRK# 1889 3176 8743

ALCOHOL
ASR
48220

9622 0770 2 (000 000 0000) 0 00 1889 3176 8743

EXHIBIT 7