UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA NESSEL, Attorney General of the State of Michigan,

    Plaintiff,

v.

VILLA AMOROSA,

    Defendant.

No. 1:21-cv-00372

HON. PAUL L. MALONEY

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41(a)(1)(i), the Plaintiff, Dana Nessel, Attorney General for the State of Michigan, by and through the undersigned Assistant Attorney General, hereby gives notice that the above-captioned action in the United States District Court Western District of Michigan is voluntarily dismissed, without prejudice against the Defendant.

    Attorneys for Plaintiff

    DANA NESSEL
    Attorney General

    Daniel Felder (P68920)
    Rosendo Asevedo, Jr. (P28369)

|  |  |
|---|---|
|  | Melinda A. Leonard (P63638)<br>Assistant Attorneys General<br>Alcohol & Gambling Enf. Division<br>25680 W. 8 Mile Rd.<br>Southfield, MI  48033<br>(313) 456-1180 |
| Dated:  June 18, 2021 | FelderD1@michigan.gov |